**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RICHARDJASON S. HARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SPACE EXPLORATION TECHNOLOGIES CORP. (SpaceX), | ) ) ) ) | Case No. 5:26-cv-01925-JD |
| Defendant. | ) ) ) | |

**DEFENDANT'S CONSENT MOTION FOR EXTESION OF TIME
TO RESPOND TO PETITION**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LCvR6.3, Defendant Space Exploration Technologies Corp. ("SpaceX"), requests a 17-day extension to respond to Plaintiff's Petition, through August 20, 2026.

1.     On June 29, 2026, Plaintiff Richardjason S. Harris ("Plaintiff") filed a Petition in the State Court Action. *See* ECF No. 1-2. SpaceX removed the case to this Court on July 27, 2026. *See* ECF No. 1. Pursuant to Fed. R. Civ. P. 81(c)(2), SpaceX's response to the Petition is currently due August 3, 2026.

2.     There is good cause to grant this extension. Due to the press of other matters, the additional time is needed to assist undersigned counsel prepare a response to the Petition.

3.     No party will be prejudiced by this brief extension and no other deadlines have been set. Undersigned counsel conferred with Plaintiff, who stated that he consents to this motion.

## RELIEF REQUESTED

For the foregoing reasons, SpaceX respectfully requests that the deadline for SpaceX to respond to Plaintiff's Petition be extended through August 20, 2026.

Dated: July 28, 2026                          Respectfully submitted,

/s/ *Galen N. Thorp*

Galen N. Thorp, OBA #36847
**CROWE & DUNLEVY,**
**A PROFESSIONAL CORPORATION**
The Braniff Building
324 North Robinson, Suite 100
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-7700
Facsimile:  (405) 239-6651
galen.thorp@crowedunlevy.com

**ATTORNEY FOR DEFENDANT,**
**SPACEX**

## **CERTIFICATE OF SERVICE**

I certify that on July 28, 2026, I filed the attached document with the Clerk of Court and served the attached document by mail on the following, who is not a registered participant of the Electronic Case Filing System:

Richardjason S. Harris
Patriot Law
303 South Peters Avenue
Norman, OK 73069

*Pro Se Plaintiff*

/s/ *Galen N. Thorp*
Galen N. Thorp