**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RICHARDJASON S. HARRIS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 5:26-CV-01925-JD** |
| **and** | ) | |
| | ) | FILED |
| **SPACE EXPLORATION** | ) | |
| **TECHNOLOGIES CORP. (SPACEX)** | ) | AUG 18 2026 |
| **SPACE XAI (form. XAI and X.AI LLC** | ) | |
| **Defendant,** | ) | JOAN KANE, CLERK<br>U.S. DIST. COURT, WESTERN DIST. OKLA.<br>BY ____, DEPUTY |

**<u>PLAINTIFF'S FIRST AMENDED PETITION EXHIBIT # 1</u>**

NOA - project formation