IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED

AUG 18 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ____________, DEPUTY

| | | |
|---|---|---|
| **(1) RICHARDJASON S. HARRIS,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 5:26-cv-01925-JD** |
| **(1) SPACE EXPLORATION TECHNOLOGIES CORP. (SpaceX),** | ) | |
| **Defendant.** | ) | |

## ENTRY OF APPEARANCE

COMES NOW Richardjason S. Harris, the Plaintiff herein, and hereby enters his appearance Pro Se in the above-styled and numbered action.


**RJ HARRIS**
303 South Peters Avenue
Norman, OK 73069
Phone: (405) 979-0179
patriotlaw@icloud.com
*Pro Se*


## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

RJ Harris, Pro Se