**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RICHARDJASON S. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-01925-JD |
| | ) | |
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Plaintiff's Revised Motion for Emergency Expedited Hearing on Application for Temporary Restraining Order ("Motion") [Doc. No. 7]. Plaintiff has not demonstrated that the requirements for issuance of a temporary restraining order under Federal Rule of Civil Procedure 65(b) have been satisfied. In particular, Plaintiff has not shown immediate and irreparable injury will occur before Defendant can be heard in opposition. Fed. R. Civ. P. 65(b)(1)(A). Accordingly, Plaintiff's request for a temporary restraining order is DENIED without prejudice.

Additionally, Plaintiff is RESTRICTED from submitting any further filings without leave of Court until Defendant files a response to Plaintiff's Complaint. The Court previously, upon consent motion, extended Defendant's deadline to answer, move against, or otherwise respond to Plaintiff's Complaint to August 20, 2026. *See* [Doc. No. 3]. The Court has inherent authority to manage its docket "so as to achieve the orderly and expeditious disposition of cases," *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962), and the Court must guard against its docket becoming unmanageable. If Plaintiff

believes that it is necessary to submit a motion or other filing before Defendant responds to his Complaint, then Plaintiff shall file a letter addressed to the Court, no longer than three (3) pages, describing (1) the precise issue, (2) the relief requested and the legal basis for the relief, (3) attempts to resolve the issue without Court involvement, and (4) whether Defendant opposes the relief requested. Upon considering the letter, the Court will determine whether to permit additional filings or briefing on the issue. Filings submitted in violation of this Order will be stricken.

IT IS SO ORDERED this 19th day of August 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE