IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED

AUG 2 4 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ________, DEPUTY

RICHARDJASON S. HARRIS, )
Plaintiff, )
)
and )
) Case No. 5:26-CV-01925-JD
SPACE EXPLORATION )
TECHNOLOGIES CORP. (SPACEX) )
SPACE XAI (form. XAI and X.AI LLC) )
Defendant. )

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PROOF OF SERVICE AND TO CORRECT THE AUGUST 17, 2026 DOCKET ENTRY TITLE**

August 24, 2026

**VIA CM/ECF AND CHAMBERS DELIVERY**
The Honorable Jodi W. Dishman
United States District Judge
Western District of Oklahoma
William J. Holloway, Jr. U.S. Courthouse
200 N.W. 4th Street Annex, Room 5304
Oklahoma City, OK 73102

Dear Judge Dishman:

Pursuant to this Court's Order directing that no further entries be submitted without prior authorization, Plaintiff, Richardjason S. Harris, respectfully requests leave of Court to file three administrative items necessary to preserve the clarity and procedural integrity of the record: (1) the proposed Summons on X.AI LLC / SpaceXAI after obtaining the Court Clerk's signature for that Summons to be served, (2) the formal Proof of Service upon Defendant X.AI LLC / SpaceXAI, and (3) a Notice of Correction regarding an erroneous docket title submitted on August 17, 2026.

**1. Leave to Obtain Court Clerk's Signature on the Summons for X.AI LLC / SpaceXAI and to File the Original before Service if Required by the Clerk.** Plaintiff is attempting to effect service on the Defendant, X.AI LLC / SpaceXAI, added to the complaint on August 17, 2026.

**2. Leave to File Proof of Service Upon Defendant X.AI LLC / SpaceXAI.** Plaintiff has or is in the process of executing service of process upon newly added Defendant X.AI LLC / SpaceXAI. via an authorized commercial courier service requiring signature confirmation under **12 O.S. § 2004(C)(2)(a)** and **Fed. R. Civ. P. 4(h)(1)(A)**. The signed delivery receipts from Defendant's registered agents will be returned to Plaintiff. Plaintiff is required under **Fed. R. Civ. P. 4(l)** to

place these return receipts onto the electronic docket to establish that service has been perfected and to fix the Defendants' responsive pleading timelines. Plaintiff requests leave to file this standard Proof of Service as soon as the carrier documentation is finalized.

**3. Leave to File Notice of Correction of Docket Title.** On August 17, 2026, Plaintiff filed his 1st amended pleading. Due to a clerical typing error, the entry was mistakenly labeled on the public docket as **"Civil Petition - Breach of Contract."** To prevent confusion and ensure the record accurately reflects the status of the litigation, the docket title should be **"First Amended Civil Petition – Breach of Contract and Verified Application for Temporary Restraining Order."** Plaintiff requests leave to file a short Notice of Correction to prompt the Court Clerk to mathematically adjust the automated ECF text line to show the true nature of the operative pleading.

**4. Conclusion.** These requests are purely administrative, do not alter the substantive posture of the case, and impose no procedural burden upon Defendants. Accordingly, Plaintiff respectfully requests that the Court grant him leave to upload his Proof of Service and to submit his Notice of Correction of Docket Title.

Respectfully submitted,

RJ Harris

**RJ HARRIS, OBA # 31578**
**Patriot Law**
303 South Peters Avenue
Norman, OK 73069
(405) 979-0179
patriotlaw@icloud.com
*Plaintiff – Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System. I also served defendant X.AI LLC / SpaceXAI via commercial courier service with signed receipt required at the addresses below:

**Galen N. Thorp, OBA #36847**
**CROWE & DUNLEVY**
**A PROFESSIONAL CORPORATION**
**The Braniff Building**
**324 North Robinson, Suite 100**
**Oklahoma City, Oklahoma 73102**
**Telephone: (405) 235-7700**
**Facsimile: (405) 239-6651**
**galen.thorp@crowedunlevy.com**
**ATTORNEY FOR DEFENDANT,**
**SPACEX**

**X.AI LLC / SpaceXAI**
**c/o Legal Team**
**800 W. Cesar Chavez Street**
**Austin, TX 78701**

**X.AI LLC (DBA SpaceXAI)**
**c/o Registered Agent – Corporation Service Company**
**(D/B/A CSC – Lawyers Incorporating Service Company)**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**

RJ Harris

RJ Harris, Pro Se