**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RICHARDJASON S. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-01925-JD |
| | ) | |
| SPACE EXPLORATION TECHNOLOGIES CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File Proof of Service and to Correct the August 17, 2026 Docket Entry Title ("Motion") [Doc. No. 11]. In the Motion, Plaintiff seeks leave to accomplish three administrative tasks. Motion at 1–2. For the reasons stated below, the Court GRANTS IN PART AND DENIES IN PART the Motion.

First, Plaintiff seeks leave to obtain the Court Clerk's signature on the Summons for X.AI LLC/SpaceXAI and to file the original Summons before service is effectuated. A Summons with the Court Clerk's signature has already been filed with the Court; thus, that request is GRANTED. *See* [Doc. No. 12]. Second, he seeks leave to file proof of service once service is effectuated. That request is GRANTED. Plaintiff may file his proof of service once he effectuates service. Third, he seeks leave to prompt the Court Clerk to correct the public docket entry for his Amended Petition [Doc. No. 4] to reflect the title, "First Amended Civil Petition – Breach of Contract and Verified Application for Temporary Restraining Order." That request is DENIED. The Amended Petition [Doc.

No. 4] does not have "Verified Application for Temporary Restraining Order" in its title, and the Court has already denied Plaintiff's motion for a temporary restraining order, *see* [Doc. No. 10]; thus, the Court finds that the public docket entry adequately reflects that the document at [Doc. No. 4] is an Amended Petition. Accordingly, the Motion is GRANTED IN PART AND DENIED IN PART as stated herein.

IT IS SO ORDERED this 26th day of August 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE