EXHIBIT
1

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RICHARDJASON S. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP. (SpaceX), and<br><br>SPACEXAI (form. XAI and X.AI LLC),<br><br>Defendants. | Case No. 5:26-cv-01925-JD |

**DECLARATION OF STEPHEN HERNDON**

I, STEPHEN HERNDON, being over the age of eighteen and of sound mind, do hereby declare the following:

1. I am Stephen Herndon, Director, Legal, at Space Exploration Technologies Corp. ("SpaceX"). I am responsible for corporate law at SpaceX, including acquisitions and mergers. As part of my responsibilities as Director, Legal, I am familiar with and frequently review documents pertaining to SpaceX's operations, corporate structure, and relationship with its subsidiaries and other entities.
2. SpaceX is a Texas corporation with its principal place of business at 1 Rocket Road, Starbase, Texas.
3. SpaceX was founded in 2002 with the ultimate objective of colonizing Mars and making humans a multi-planetary species. In the 24 years since, the Company has made giant strides towards that goal while transforming the space technology sector in the process.

4. SpaceX has two business lines. Its space launch business designs, manufactures, and launches the world's most advanced rockets and spacecraft. SpaceX's launch customers include NASA, the United States defense and intelligence communities, foreign governments, and commercial satellite operators and telecommunications companies around the world. Its Starlink satellite broadband business provides connectivity to many millions of customers in more than 165 markets around the globe using a constellation of thousands of satellites and a global network of ground infrastructure.

5. On February 2, 2026, SpaceX completed a transaction (the "Acquisition") pursuant to which X.AI Holdings Corp. merged into K2 Merger Sub Inc., with X.AI Holdings Corp. surviving. X.AI Holdings Corp. then merged into K2 Merger Sub 2 LLC, with K2 Merger Sub 2 LLC surviving, which then renamed itself X.AI Holdings LLC, a wholly owned subsidiary of SpaceX (its sole member) and the sole stockholder of X.AI Corp.

6. Following the Acquisition, X.AI Corp. continued its existence as a wholly owned subsidiary of X.AI Holdings LLC.

7. In August 2026, X.AI rebranded to the new name SpaceXAI. As part of the rebranding, X.AI Holdings LLC became SpaceXAI Holdings LLC; X.AI Corp. became SPACEXAI Corp., and X.AI LLC became SpaceXAI LLC (collectively, "SpaceXAI"). Each entity is incorporated in Nevada with a headquarters at 800 W. Cesar Chavez St., Austin, Texas.

8. SpaceX and SpaceXAI were each separate corporate entities on the date this action

was filed and remain separate corporate entities today.

9. X.AI Corp. (now SpaceXAI Corp.) was not merged into SpaceX as part of the Acquisition, and X.AI Corp (now SpaceXAI Corp.) has not since been merged into SpaceX or dissolved.

10. SpaceX did not expressly assume the liabilities of SpaceXAI as part of the Acquisition and is not the successor in interest to SpaceXAI.

11. Grok is a large language model (LLM) product created and operated by SpaceXAI. Grok is not a SpaceX product. The SpaceXAI entities, not SpaceX, own, operate, and develop Grok.

12. SpaceX does not have any company offices in Oklahoma.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 31, 2026

Stephen Herndon