FILED

SEP 25 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY ____________, DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RICHARDJASON S. HARRIS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 5:26-CV-01925-JD** |
| **and** | ) | |
| | ) | |
| **SPACE EXPLORATION** | ) | |
| **TECHNOLOGIES CORP. (SPACEX)** | ) | |
| **SPACE XAI (form. XAI and X.AI LLC)** | ) | |
| **Defendant,** | ) | |

## RESERVATION OF TIME WITHIN WHICH TO RESPOND

COMES NOW, Plaintiff Richardjason S. Harris respectfully moves for a short extension, through **Monday, September 28, 2026, at 4:30 p.m. Central Daylight Time**, to file his response to SpaceX's Corrected Motion to Dismiss, ECF No. 15. Plaintiff submits this motion as a separate filing under Fed. R. Civ. P. 7(b)(1) and W.D. Okla. LCvR 7.1(c), (j)(1).

1.- Fed. R. Civ. P. 6(b)(1)(A) permits the Court, for good cause, to extend time on a request made before the existing period expires. LCvR 7.1(g) authorizes the Court to lengthen the time for a response to a motion.

2.- Good cause exists for this brief request. Plaintiff's National Guard service landed right near the September 25th, 2026 response deadline. As such, Plaintiff is finalizing a response to the corrected motion, including its citations and supporting exhibits. The requested extension is limited to the next business day at Monday, September 28th, 2026 at 4:30 p.m.; it does not seek to change any other deadline or the permitted length of the brief.

3.- Counsel Galen Thorpe Esq., for Defendant, SpaceX, has agreed to this time reservation without objection.

WHEREFORE, Plaintiff requests an order extending **only the deadline for his response to SpaceX's Corrected Motion to Dismiss, ECF No. 15, through Monday, September 28, 2026, at 4:30 p.m. Central Daylight Time**. A proposed order requesting precisely that relief accompanies this motion, as required by LCvR 7.1(j).


RJ Harris

**RJ HARRIS, OBA # 31578**
**Patriot Law**
303 South Peters Avenue
Norman, OK 73069
(405) 979-0179
patriotlaw@icloud.com
*Plaintiff – Pro Se*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System. I also provided in person service by hand delivering this document to counsel for Defendants at the following address:

Galen N. Thorp, OBA #36847
CROWE & DUNLEVY,
A PROFESSIONAL CORPORATION
The Braniff Building
324 North Robinson, Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
galen.thorp@crowedunlevy.com
ATTORNEY FOR DEFENDANT,
SPACEX

RJ Harris
RJ Harris, Pro Se