IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **RICHARDJASON S. HARRIS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 5:26-CV-01925-JD** |
| | ) | |
| **and** | ) | |
| | ) | |
| **SPACE EXPLORATION** | ) | |
| **TECHNOLOGIES CORP. (SPACEX)** | ) | |
| **SPACE XAI (form. XAI and X.AI LLC** | ) | |
| **Defendants,** | ) | |

## ORDER DENYING DEFENDANT SPACEX'S CORRECTED MOTION TO DISMISS

Before the Court is Defendant Space Exploration Technologies Corp.'s Corrected Motion to Dismiss (ECF No. 15). Plaintiff filed a response in opposition. Having considered the motion, response, and record, the Court **DENIES** the motion.

The Court finds dismissal of Plaintiff's claims against SpaceX unwarranted on the present record. The motion's requests for dismissal under Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6) are denied. No claim against SpaceX is dismissed by this Order. This Order makes no final factual finding on the disputed issues of corporate direction, authority, contract formation, or the contents of the Project records.

IT IS SO ORDERED.

Dated: ____________________

________________________________

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE