IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED

SEP 28 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ________, DEPUTY

**RICHARDJASON S. HARRIS,** )
**Plaintiff,** )
)**Case No. 5:26-CV-01925-JD**
**and** )
)
**SPACE EXPLORATION** )
**TECHNOLOGIES CORP. (SPACEX)** )
**SPACE XAI (form. XAI and X.AI LLC** )
**Defendants,** )

## PLAINTIFF'S MOTION FOR ORAL ARGUMENT ON SPACEX'S CORRECTED MOTION TO DISMISS AND BRIEF IN SUPPORT

Plaintiff Richardjason S. Harris respectfully requests oral argument on Defendant Space Exploration Technologies Corp.'s Corrected Motion to Dismiss, ECF No. 15. Under LCvR78.1, argument on a motion is held when the Court orders it. Plaintiff asks the Court to exercise that discretion here because a focused hearing will assist it in resolving the distinct Rule 12(b)(2), (5), and (6) issues raised by SpaceX's motion and addressed in Plaintiff's response.

## GROUNDS FOR REQUEST

1.- **Attribution and contract formation.** SpaceX asks the Court to characterize the Project Always record as ordinary user prompting and to dismiss claims arising from alleged post-acquisition directions, performance, negotiated

compensation, and settlement. Oral argument would permit the parties to address the relationship among the pleaded course of dealing, Oklahoma's electronic-transaction law, the asserted roles of SpaceX and SpaceXAI, and the preserved Project communications. Mot., ECF No. 15; Plaintiff's Response in Opposition; Okla. Stat. tit. 12A, § 15-114.

2.- **Defendant-specific jurisdiction and requested discovery.** SpaceX disputes purposeful Oklahoma-directed conduct and relies on corporate separation. Plaintiff seeks to address the alleged ongoing work directed to him in Oklahoma, the role of SpaceX after its acquisition of xAI, and the specific corporate and Project records material to the request for jurisdictional discovery. Oral argument would allow the Court to identify the limited issues and records, if any, it wishes addressed before ruling.

3.- **Service and disposition of the motion.** SpaceX seeks dismissal under Rule 12(b)(5) and dismissal of all claims against it with prejudice. Plaintiff requests denial or, as appropriate, a defined opportunity to cure any service defect, limited discovery, and leave to amend. A hearing would help the Court distinguish the merits and jurisdictional questions from the service question and address the scope of any alternative relief without conflating them. Mot. at 13–26, ECF No. 15; Plaintiff's Response in Opposition.

Plaintiff requests a concise hearing at a date and time convenient for the Court. The proposed argument would address the issues already raised in the motion and response; Plaintiff does not seek an evidentiary hearing through this motion.

## RELIEF REQUESTED

Plaintiff requests that the Court set oral argument on SpaceX's Corrected Motion to Dismiss, ECF No. 15, for a date and duration selected by the Court, and grant such further relief as is appropriate.

Respectfully submitted,

Richardjason S. Harris, OBA No. 31578
Plaintiff, appearing pro se
Patriot Law
303 South Peters Avenue
Norman, Oklahoma 73069
Telephone: (405) 979-0179
Email: patriotlaw@icloud.com

## CERTIFICATE OF SERVICE

I certify that on September 28th, 2026, I filed the foregoing document with the Clerk of the United States District Court for the Western District of Oklahoma and served a copy by ECF through the Court Clerk and by hand delivery by the Plaintiff upon counsel for Defendant SpaceX at the following address:

Galen N. Thorp, OBA No. 36847
Crowe & Dunlevy, P.C.
The Braniff Building
324 North Robinson, Suite 100
Oklahoma City, Oklahoma 73102-8273

RJHarris

**Richardjason S. Harris**
Plaintiff, appearing pro se